**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 95-3097**

_____

HOWARD J. MCCLURE,

                                        Plaintiff - Appellant,

        versus

CITY OF CHARLOTTE, NORTH CAROLINA,

                                        Defendant - Appellee.

_____

Appeal from the United States District Court for the Western Dis-
trict of North Carolina, at Charlotte.  Carl Horn, III, Chief
Magistrate Judge.  (CA-95-203-3-H)

_____

Submitted:  May 16, 1996                Decided:  May 24, 1996

_____

Before RUSSELL, LUTTIG, and WILLIAMS, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Howard J. McClure, Appellant Pro Se.  Craig A. Reutlinger, VAN HOY,
REUTLINGER & TAYLOR, Charlotte, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from a magistrate judge's order denying his motion for appointment of counsel and assessing him costs and attorney's fees for a deposition he failed to attend. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1988), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1988); Fed. R. Civ. P. 54(b); <u>Cohen v. Beneficial Indus. Loan Corp.</u>, 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We also deny Appellant's motions for production of documents, for appointment of counsel, to expedite the appeal,[*] and for fair trial and interracial jury. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

[*] The decision in this appeal having been made, this motion is moot and is denied for that reason.